LAW OFFICES
McCALLA RAYMER, LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
<u>ROSWELL, GEORGIA  30076-2102</u>
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

July 15, 2010

Clerk, United States Bankruptcy Court
The Foley Federal Building
300 Las Vegas Blvd. South
Las Vegas, NV  89101

## REQUEST FOR SERVICE OF NOTICES

| | | | |
|---|---|---|---|
| RE: | Debtor(s) | : | Blanca De Anda and Matthew De Anda |
| | Case Number | : | 10-22512 |
| | Chapter | : | 7 |
| | Secured Creditor | : | Litton Loan Servicing, L.P. |
| | Loan Number | : | XXXX1451 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

    Litton Loan Servicing, L.P.
    c/o McCALLA RAYMER, LLC
    Bankruptcy Department
    1544 Old Alabama Road
    Roswell, Georgia  30076

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter.  If you have any questions, please do not hesitate to call me.

    Very Truly Yours,

    /s/ Laura Grifka

    Laura Grifka, Esquire
    c/o McCALLA RAYMER, LLC
    1544 Old Alabama Road,
    Roswell, GA 30076
    Phone : (678) 281-6535
    Email : lag@mccallaraymer.com
    Attorney Bar No : 312055

cc: William Leonard
    Randolph Goldberg, Esq.
File Number LITT-10-36576 /
Request for Service of Notice